IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
04 FEB 11 PM 3:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

DIRECTV, INC.,

 Plaintiff,

v.

APRIL MONTGOMERY,

 Defendant.

CIVIL ACTION NO.
03-AR-2950-E

ENTERED
FEB 11 2004

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Based on the pleadings, the affidavits of plaintiff and the entry of default, the court finds and concludes as follows:

1. Defendant, April Montgomery, is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940. She was properly defaulted by the Clerk on January 30, 2004.

2. By virtue of the default, defendant has confessed to at least one violation of 18 U.S.C. § 2511, which provides for damages under 18 U.S.C. § 2520 in the amount of $100 a day per violation, or $10,000, whichever is greater.

3. The attorney's fee of $400 claimed by plaintiff's attorneys is very reasonable.

4. Plaintiff has abandoned all claims for relief other than a monetary judgment for statutory damages and attorney's fees.

5. The court has subject-matter jurisdiction and jurisdiction over the parties.



DONE this 11th day of February, 2004.

/s/ William M. Acker

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE